Commonwealth *v.* Brown, Appellant.

Submitted March 8, 1971.   Before WRIGHT, P. J.,
WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING,
and CERCONE, JJ.

*Thomas C. Zerbe, Jr.,* Assistant Public Defender,
for appellant.

*Jerome T. Foerster,* Assistant District Attorney,
*LeRoy S. Zimmerman,* District Attorney, for Common-
wealth, appellee.

OPINION PER CURIAM, May 20, 1971:
Appellant filed a PCHA petition in the court below
attacking the validity of his guilty plea.   The PCHA
court granted petitioner the right to appeal, but did not
pass upon the validity of the guilty plea.   In such

cases, the PCHA court should permit an amended petition, setting forth all claims petitioner wishes to raise with respect to his conviction and sentence, and proceed to hear them if nonfrivolous and not clearly refuted by the record. *Commonwealth v. Lowery*, 438 Pa. 89, 263 A. 2d 332 (1970).

Order reversed and the record remanded for proceedings consistent with this opinion.

WRIGHT, P. J., dissents.